## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joseph M. Lombardo, Jr.<br><br>       Debtor<br><br>Lakeview Loan Servicing, LLC, or its Successor or Assignee<br>       Movant<br>    vs.<br><br>William C. Miller, Esq., Trustee<br>Joseph M. Lombardo, Jr.<br>       Respondents | Chapter 13<br>Bankruptcy No. 18-16640-mdc |

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

Lakeview Loan Servicing, LLC or its Successor or Assignee, filed a Motion for Relief from the Automatic Stay with the court requesting Relief from the automatic stay as to property at 3148 Draper Street, Philadelphia, PA 19136.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.	If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before April 18, 2019, you or your attorney must do **all** of the following:

(a)	file an answer explaining your position at

United States Bankruptcy Court
For the Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 202
Philadelphia, Pennsylvania 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)	mail a copy to the movant's attorney:

Francis T. Tarlecki, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad Street, Suite 1400
Philadelphia, PA 19109
Phone: 215-790-1010
Fax: 215-790-1274

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b)
above and attend the hearing, the court may enter an order granting the relief requested in the
motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Magdeline
D. Coleman on April 30, 2019, at 10:30a.m. in Courtroom #2, United States Bankruptcy Court,
Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 202, Philadelphia,
Pennsylvania 19107.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to
you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out
whether the hearing has been canceled because no one filed an answer.

Date: April 4, 2019